United States District Court
Southern District of Texas
**ENTERED**
July 28, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RAMON SOLAR ARMENTEROS, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-25-6092 |
| vs. | § | |
| | § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § | |
| | § | |
| | § | |
| Respondents. | § | |
| | § | |

## FINAL JUDGMENT

In an Order entered on July 7, 2026, the court granted in part the petition for a writ of habeas corpus filed by Ramon Solar Armenteros. (Docket Entry No. 19). The court determines that Final Judgment should now be entered in this matter and renders this Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SIGNED on July 28, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge